**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Y.S., individually and on behalf of Y.F., a child
with a disability,

                                        Plaintiff,

            -against-                                                          24 **CIVIL** 9711 (LGS)

                                                                              **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 23, 2026, Defendant's motion for summary

judgment is **GRANTED**. Plaintiff's motion for summary judgment is **GRANTED in part** and

**DENIED in part**. Plaintiff is not entitled to home-based ABA, BCBA or bilingual SLT services.

Plaintiff is granted reimbursement of up to $250 per month for school-time meals subject to

substantiation. Plaintiff's motion to strike portions of the DOE's July 2, 2024, closing brief from

the IHO proceeding is **GRANTED**; accordingly, the case is closed.

**Dated:** New York, New York

            March 23, 2026

                                                            **TAMMI M. HELLWIG**
                                                    _____
                                                            **Clerk of Court**

                                        **BY:**
                                                    _____
                                                            **Deputy Clerk**