USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/23/26

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

September 22, 2026

Application GRANTED. Defendant's deadline to oppose plaintiff's motion for attorneys' fees is EXTENDED to **October 30, 2026**. No further extensions of this deadline will be granted absent compelling circumstances.
SO ORDERED.

September 23, 2026

**Barbara Moses, U.S.M.J.**

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Daniel Pat United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Y.S. et al. v. New York City Dep't of Educ.*, 24-cv-9711 (LGS)

Dear Judge Schofield:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff alleges, *inter alia*, that Defendant failed to offer a free appropriate public education pursuant to the Individual with Disabilities Education Act and that they are entitled to an award of reasonable attorneys' fees.

I write on behalf of Defendant to respectfully request an extension of Defendant's time to file an opposition to Plaintiffs fees motion (ECF Nos. 63-67) from September 25, 2026, to October 30, 2026. Plaintiff consents to this request. The reason for the requested extension is to allow time for Defendant to review and respond to Plaintiff's motion, noting that Defendant's counsel has an opposition due in another unrelated fees matter involving the same Plaintiff's counsel on October 23, 2026 (24-cv-7384).

Thank you for considering this submission and request.

Respectfully submitted,
/s/
Lauren Howland
Special Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

**MEMO ENDORSED**